# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**PAUL ROBERT BUIKEMA, JR.**                                                          **PLAINTIFF**

**VS.**                          **CASE NO. 2:21-CV-02155-PKH-MEF**

**SGT. BRIAN MCGREW**                                                              **DEFENDANT**

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## MOTION TO COMPEL EVIDENCE AND COUNTERMOTION

Defendant, Sgt. Brian McGrew, in his individual and official capacities, through his attorneys at Heaton & Harris LLP, states the following in response to Plaintiff's Motion to Compel Evidence (*ECF 56*) and for his Countermotion:

### I. Response to Plaintiff's Motion to Compel Evidence (ECF 56):

1. All medical records pertaining to Plaintiff's incarceration in the Sebastian County Detention Center have been provided to Plaintiff. The Sebastian County Detention Center was never provided copies of Plaintiff's alleged x-ray records, which were conducted by on off-site medical provider.

2. Plaintiff's motion references a September 17, 2021 grievance he filed, which was attached to his March 25, 2022 Motion to Compel (*ECF 28*). Said grievance includes a request for Plaintiff's "medical eye exam." A response was provided by a staff member which advised Plaintiff to request his medical records from the medical department.

3. Defendant has responded to Plaintiff's discovery requests and mailed copies of his complete medical records to Plaintiff. No x-ray records for Plaintiff exist in Defendant's records.

4. Plaintiff did not make a good faith attempt to confer with counsel before

filing this Motion to Compel.

### II. Defendant's Countermotion

5.      Defendant requests that this Court require Plaintiff to request leave of the Court to file any further motions to compel. Plaintiff has filed seven (7) motions to compel discovery, with nearly all denied by this Court (excluding Plaintiff's most recent motion described herein). All documentation in Defendant's possession with relation to this case has been provided to Plaintiff.

**THEREFORE,** Defendant requests that this Court deny the Plaintiff's motion (ECF 56), deny any further motions to compel, and grant him all other relief to which this Court deems him entitled.

**Respectfully submitted,**

**Colin C. Heaton (AR2019076)**
**Attorney for Defendant**
**Heaton & Harris LLP**
**P.O. Box 111**
**Hot Springs, AR 71902-0111**
**(501) 321-2597**
**Fax (501) 732-7025**
**colin@heatonfirm.com**

### CERTIFICATE OF SERVICE

I, Colin C. Heaton, do hereby certify that I have this 3rd day of July 2022, duly served a copy of the foregoing upon the below named persons by mailing same to the last known addresses with first-class postage fully prepaid.

Paul Robert Buikema, Jr. (ADC #651241)
ADC-Wrightsville Unit
P.O. Box 1000
Wrightsville, AR 72183-1000

By:     Colin C. Heaton