UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAUL ROBERT BUIKEMA, JR.                                                                          PLAINTIFF

v.                                            No. 2:21-CV-2155

SERGEANT BRIAN McGREW,
Sebastian County Sheriff's Department                                                             DEFENDANT

## JUDGMENT

Under the order entered in this case on this date, this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 7th day of November, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE